173 A.3d 597

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. TERREL MANN A/K/A TERRELL MANN AND
TYRELL MANN, DEFENDANT-PETITIONER.

C–292 Sept.Term 2017
079516

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004091–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

173 A.3d 597

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
FLORIBERT B. NAVA, DEFENDANT-PETITIONER.

C–322 September Term 2017
079820

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003436–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.